**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NSI INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> JINHUA FIDGET TOYS CO., LTD., et al., <br><br> Defendants. | Case No. 24-cv-11073 <br><br> **Judge Lindsay C. Jenkins** <br><br> **Magistrate Judge Beth W. Jantz** |

**CERTIFICATE OF SERVICE**

I, Jennifer V. Nacht, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff NSI International, Inc. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

1. On December 19, 2024, this Court entered an Order [50] requiring Plaintiff to serve all remaining Defendants with a copy of Minute Order [50] within one business day of its entry on the docket and promptly file proof of that service.

2. I hereby certify that on December 19, 2024, I sent an e-mail that included the Court's Order [50] to the e-mail addresses for all remaining Defendants identified in **Exhibit A** hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of December 2024, at Chicago, Illinois.

/s/ Jennifer V. Nacht
Jennifer V. Nacht
GREER, BURNS & CRAIN, LTD.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
jnacht@gbc.law

*Counsel for Plaintiff NSI International, Inc.*
