# Exhibit A

| No | Seller Name / Alias | Email Address(es) |
|---|---|---|
| 1 | Jinhua Fidget Toys Co., Ltd. | tengdatech2018@126.com, fidgettoy@126.com |
| 2 | Yiwu Wanshuo Festive Products Co., Ltd. | 15190693611@163.com, 13627065221@163.com;1762010638@qq.com |
| 3 | DSWINCE | yuhexingkeji@163.com |
| 4 | DISMISSED | DISMISSED |
| 5 | Weijin Bin | hjhj9869698@163.com |
| 6 | lzqlp | tengdatech2018@126.com |
| 7 | time_brocade1 | 15190693611@163.com |
| 8 | Beautyparty | lannifang@hotmail.com |
| 9 | buy clothing02 | buycloting@yahoo.com |
| 10 | combustie2 | combustie@163.com |
| 11 | exao | fashionzone123@163.com |
| 12 | gotsevenhe2 | gotsevenhe@163.com |
| 13 | juan0u | juan091872@126.com |
| 14 | man3-49 | man35981@126.com |
| 15 | nang7o | nang78917233@126.com |
| 16 | redplumly3 | redplumly@hotmail.com |
| 17 | teng-9269 | tengfen55@126.com |
| 18 | DISMISSED | DISMISSED |
| 19 | art fair water tribe | 519862310@qq.com |
| 20 | DISMISSED | DISMISSED |
| 21 | aomingkeji | rtr842278@163.com |
| 22 | Buy More Technology | j8xlsml@163.com |
| 23 | DISMISSED | DISMISSED |
| 24 | Chuanguanqiche | v6kgbruhiz@outlook.com |
| 25 | CONGKAKEJI | suxi-w@hotmail.com |
| 26 | DISMISSED | DISMISSED |
| 27 | DISMISSED | DISMISSED |
| 28 | Fengchen2U.S | zmgvcw375th2@163.com |
| 29 | DISMISSED | DISMISSED |
| 30 | foshanshiweipiqiaoshangmao | fangyan72213@126.com |
| 31 | gangyinmaoyi | xcus63@163.com |
| 32 | guyuanshiye | bozuixueqj75558@163.com |
| 33 | HONGBING Co.Ltd | hong37bin@outlook.com |
| 34 | huananyundong | prz99s4d80g5@outlook.com |
| 35 | HUAZAN Co.Ltd | cdc_vd5c2s@163.com |
| 36 | DISMISSED | DISMISSED |
| 37 | DISMISSED | DISMISSED |
| 38 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 39 | DISMISSED | DISMISSED |
| 40 | DISMISSED | DISMISSED |
| 41 | DISMISSED | DISMISSED |
| 42 | DISMISSED | DISMISSED |
| 43 | SIJI Co.Ltd | dichao486168@163.com |
| 44 | Styckt Brand | gouyanfu199@163.com |
| 45 | SZQNGJ | xzh99qn@163.com |
| 46 | TJQMDZSW | sechinglarkcamul1994@outlook.com |
| 47 | WENJUN | vini-yjr@hotmail.com |
| 48 | xiangtancikeli | sharondehnert9992@outlook.com |
| 49 | DISMISSED | DISMISSED |
| 50 | YISHAO Co.Ltd | yuan38196039@163.com |
| 51 | YUANCHENG Shop | whyr101@163.com |
| 52 | C02 Store | 755462504@qq.com |
| 53 | LSFVJBOJA DLC566230 | fwbe68@163.com |
| 54 | Tattoo Artist | zinmanl@hotmail.com |
| 55 | yufenxing | sizhileikan@163.com |
| 56 | zhangjingfong | zhangjingfong@outlook.com |
| | | shelly@cheng-ip.com |
| | | rcheng@palmerlawgroup.com |
| | | m.lee@stevens-law.com |
| | | ckeleher@appellatelawgroup.com |
| | | he.cai@getechlaw.com |