IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NSI INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> JINHUA FIDGET TOYS CO., LTD., et al., <br><br> Defendants. | Case No. 24-cv-11073 <br><br> **Judge Lindsay C. Jenkins** <br><br> **Magistrate Judge Beth W. Jantz** |

## JOINT STATEMENT

Pursuant to this Court's Order [67], Plaintiff NSI International, Inc. ("Plaintiff") and Defendants HONGBING Co.Ltd's (Def. No. 33), HUAZAN Co.Ltd's (Def No. 35), SIJI Co.Ltd's (Def. No. 43), and YISHAO (Def. No. 50) ("Defendants") (collectively, the "Parties") submits the following dispositive motion briefing schedule:

The deadline for the Parties to file a dispositive motion is April 28, 2025.

Dated this 20th day of March 2025.	Respectfully submitted,

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Jennifer V. Nacht
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
jnacht@gbc.law

*Counsel for Plaintiff*


/s/ He Cheng
He Cheng
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
rcheng@palmerlawgroup.com
Tel: +1 (917) 525-1495

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 24th day of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notice to the attorneys of record.

        /s/ Jennifer V. Nacht
        Amy C. Ziegler
        Justin R. Gaudio
        Rachel S. Miller
        Jennifer V. Nacht
        Greer, Burns & Crain, Ltd.
        200 West Madison Street, Suite 2100
        Chicago, Illinois 60606
        312.360.0080
        312.360.9315 (facsimile)
        aziegler@gbc.law
        jgaudio@gbc.law
        rmiller@gbc.law
        jnacht@gbc.law

        *Counsel for Plaintiff*