UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NSI INTERNATIONAL, INC.,<br><br>                *Plaintiff*,<br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>                *Defendants*. | **CASE NO.** 1:24-cv-11073<br><br>**Judge:** Honorable Lindsay C. Jenkins<br><br>**Magistrate Judge** Honorable Beth W. Jantz |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel for Defendant HUAZAN Co. Ltd (Def. No. 35), He Cheng, respectfully moves to withdraw as counsel in the above-captioned matter and states as follows:

1. On December 16, 2024, the undersigned counsel filed an appearance on behalf of Defendant HUAZAN Co. Ltd.

2. On March 19, 2025, the undersigned counsel was contacted by Huazhuan Xu, the owner of HUAZAN Co. Ltd, who informed counsel that the online store is no longer in business and does not wish to defend itself in this matter.

3. Given this position, the undersigned counsel does not anticipate that HUAZAN Co. Ltd will participate in any further proceedings or respond to any subsequent court actions.

WHEREFORE, the undersigned counsel respectfully moves that this Court grant leave to withdraw as counsel of record for HUAZAN Co. Ltd in this matter.

March 26, 2025                                      Respectfully submitted,
                                                                 /s/ He Cheng
                                                                 He Cheng

Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33308
recheng@palmerlawgroup.com
Tel: +1 (917) 525-1495
***Attorney for Defendant***

11/13/2024

# United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:24-cv-11073

**Case Title**: NSI International, Inc. v. The P'ships and Uninc.Ass'ns Identified On Schedule A,

**Judge**: Hon. Lindsay C. Jenkins

**Name of Attorney submitting the motion to withdraw**:
He Cheng

**Name of Client**:
HUAZAN Co.Ltd,

**Mailing address of Client**: 20 Keyuan Rd. 6th fl, L089, Tianhe Dist. Guangzhou City

**City:** Guangzhou  **State:** Guangdong Province, China

**Zip:** 510000  **Telephone Number:**

**Email address of Client:** cdc_vd5c2s@163.com

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** /s/ He Cheng

**Date:** March 26, 2025