# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

NSI International, Inc.

                Plaintiff,

v.

Case No.: 1:24−cv−11073

Honorable Lindsay C. Jenkins

The Partnerships And Unincorporated Associations Identified On Schedule A,, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins:Plaintiff's motion for summary judgment [73] is granted. See attached order for further details. The court directs an award of $20,000 in statutory damages to NSI as to each remaining Defendant Hongbing Co.Ltd, Huazan Co. Ltd, Siji Co. Ltd, and Yishao Co. Ltd. The clerk shall enter a Rule 58 judgment order for NSI and against each Defendant. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.