ILND 450 (Rev. 04/29/2016) : Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

NSI International, Inc. ,

Plaintiff(s),

v.

The Partnerships And Unincorporated
Associations Identified On Schedule A,

Defendant(s).

Case No.  24 C 11073
Judge Lindsay C. Jenkins

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

      which ☐ includes     pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒     other: Judgment is entered in favor of Plaintiff NSI and against Defendants  Hongbing Co.Ltd, Huazan Co. Ltd, Siji Co. Ltd, and Yishao Co. Ltd.  The court directs an award of $20,000 in statutory damages to NSI as to each remaining Defendant Hongbing Co.Ltd, Huazan Co. Ltd, Siji Co. Ltd, and Yishao Co. Ltd.

---

This action was *(check one)*:

☐ tried by a jury with Judge Lindsay C. Jenkins presiding, and the jury has rendered a verdict.
☐ tried by Judge Lindsay C. Jenkins without a jury and the above decision was reached.
☒ decided by Judge Lindsay C. Jenkins.

Date:  7/11/2025

Thomas G. Bruton, Clerk of Court

Jackie Deanes, Deputy Clerk